# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 20, 2020**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Sommer, Wanda | Docket No. | 2:20CR00037-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Wanda Sommer, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 6th day of March 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Wanda Sommer tested positive for the presence of methamphetamine on March 10, 2020.

On March 10, 2020, the conditions of pretrial release supervision were reviewed with Ms. Sommer. She acknowledged an understanding of the conditions, which included standard condition number 9.

On March 10, 2020, Ms. Sommer reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence methamphetamine. Ms. Sommer advised she was a regular user of methamphetamine prior to her arrest in the instant federal matter. Her last reported use of methamphetamine was on or about March 2, 2020, and prior to being placed under conditions of pretrial release supervision.

Subsequently, the urine specimen was sent to Alere Toxicology (Alere) for further analysis. On March 17, 2020, Alere confirmed Ms. Sommer's urine specimen tested positive for the presence of methamphetamine.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: March 20, 2020 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

**PS-8**
**Re: Sommer, Wanda**
**March 20, 2020**
**Page 2**

THE COURT ORDERS

[ X ]     No Action
[   ]     The Issuance of a Warrant
[   ]     The Issuance of a Summons
[   ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[   ]     Defendant to appear before the Judge assigned to the case.
[   ]     Defendant to appear before the Magistrate Judge.
[   ]     Other

_____
Signature of Judicial Officer

03/20/2020
_____
Date