# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 24, 2020

SEAN F. McAVOY, CLERK

U.S.A. vs.　　　　　Sommer, Wanda　　　　　Docket No.　　　　2:20CR00037-TOR-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Wanda Sommer, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 6th day of March 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

　　　　RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Wanda Sommer is alleged to have violated her conditions of pretrial release supervision by admitting to ingesting methamphetamine on November 18, 2020.

On March 10, 2020, the conditions of pretrial release supervision were reviewed with Ms. Sommer. Ms. Sommer acknowledged an understanding of the conditions, which included standard condition #9.

On November 17, 2020, Ms. Sommer reported to Pioneer Human Services and provided a urine specimen which tested presumptive positive for the presence of methamphetamine. The sample was sent to Alere Toxicology (Alere) for further analysis.

On November 18, 2020, Ms. Sommer contacted the undersigned officer and admitted she injected methamphetamine on November 16, 2020.

On November 23, 2020, Alere confirmed Ms. Sommer's urine specimen submitted on November 17, 2020, tested negative for the presence of methamphetamine.

　　　　PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |  |
|---|---|---|
|  | | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | | Executed on:　　November 24, 2020 |
|  | by | s/Erik Carlson |
|  | | Erik Carlson<br>U.S. Pretrial Services Officer |

Re: Sommer, Wanda
November 24, 2020
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

November 24, 2020
Date