# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 23, 2020**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Sommer, Wanda | Docket No. | 2:20CR00037-TOR-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Wanda Sommer, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 6th day of March 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Wanda Sommer is alleged to have violated her conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on December 10, 2020.

On March 10, 2020, the conditions of pretrial release supervision were reviewed with Ms. Sommer. Ms. Sommer acknowledged an understanding of the conditions, which included standard condition #9.

On December 10, 2020, Ms. Sommer reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. The urine sample was sent to Alere Toxicology (Alere) for further analysis.

On December 16, 2020, Ms. Sommer contacted the undersigned officer and admitted she ingested methamphetamine on December 9, 2020.

On December 19, 2020, Alere confirmed the urine specimen collected on December 10, 2020, tested positive for the presence of amphetamine and methamphetamine.

PRAYING THAT THE COURT WILL MODIFY CONDITIONS OF PRETRIAL RELEASE SUPERVISION

|   |   |   |
|---|---|---|
|   |   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   |   | Executed on:   December 23, 2020 |
|   | by | s/Erik Carlson |
|   |   | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: Sommer, Wanda
December 23, 2020
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other   Order for Modification

_____
Signature of Judicial Officer

_____
December 23, 2020
Date