# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Sommer, Wanda | Docket No. | 2:20CR00037-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Wanda Sommer, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 6th day of March 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance.  Such methods may be used with random frequency and can include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Wanda Sommer is alleged to have violated her conditions of pretrial release supervision by ingesting methamphetamine on or about July 3, 2021.

On March 10, 2020, the conditions of pretrial release supervision were reviewed with Ms. Sommer. Ms. Sommer acknowledged an understanding of the conditions, which included standard condition number 9.

On July 6, 2021, Ms. Sommer reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine.  Subsequently, the sample was sent to Alere Toxicology Services (Alere) for further analysis.

Later on July 6, 2021, Ms. Sommer contacted the undersigned officer to advise she had submitted to a random urinalysis at Pioneer Human Services (PHS) on that date, in which her specimen tested presumptive positive for the presence of methamphetamine. Ms. Sommer verbally admitted to ingesting methamphetamine on July 3, 2021.

On July 13, 2021, Alere confirmed Ms. Sommer's urine specimen collected on July 6, 2021, tested negative for amphetamine and methamphetamine.

**Violation #2:** Wanda Sommer is alleged to have violated her conditions of pretrial release supervision by failing to report for random drug testing on July 2, 2021.

On March 10, 2020, the conditions of pretrial release supervision were reviewed with Ms. Sommer. Ms. Sommer acknowledged an understanding of the conditions, which included additional condition number 27.

PS-8
**Re: Sommer, Wanda**
**July 21, 2021**
**Page 2**

Also, on March 10, 2020, the undersigned officer referred Ms. Sommer to the random urinalysis testing program at PHS. Ms. Sommer was instructed to contact PHS on a daily basis to determine if she was required to submit to random drug testing.

Available records indicate Ms. Sommer failed to report for random drug testing on July 2, 2021.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|     |     |
| --- | --- |
|     | I declare under the penalty of perjury that the foregoing is true and correct. |
|     | Executed on:  July 21, 2021 |
| by  | s/Erik Carlson |
|     | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

July 22, 2021
Date