UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>WANDA SOMMER,<br><br>　　　　　　　　　Defendant. | CASE NO: 2:20-CR-0037-TOR-1<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE |

BEFORE THE COURT is the government's Motion to Dismiss Indictment with Prejudice. ECF No. 149. The Court has reviewed the motion and the file therein and is fully informed. Having been advised of Defendant's death, the Government seeks to dismiss the indictment in this matter pursuant to Fed. R. Crim. P. 48(a). For good cause shown, the Court grants the motion.

**Accordingly, IT IS HEREBY ORDERED**:

1. The Government's Motion to Dismiss Indictment with Prejudice (ECF No. 149) is **GRANTED**.

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 1

<br />

<br />

<br />
<br />
<br />

<br />

<br />
<br />

<br />

<br />

<br />

<br />

<br />

<br />

<br />
<br />

<br />

<br />
<br />

<br />
<br />
<br />

<br />

<br />
<br />

<br />
<br />

<br />

<br />

<br />

<br />

<br />

<br />
<br />

<br />

<br />

<br />

<br />
<br />
<br />

2. All pending motions and petitions for pretrial release are **DENIED as moot** and all pending hearing and trial dates are stricken from the Court's calendar.

3. The arrest warrant issued on March 7, 2022, is **QUASHED**.

4. The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

DATED March 17, 2022.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 2